# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZIMMERMAN, KANDACE | § | Case No. 9-11-bk-11602-FMD |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/17/2011. The undersigned trustee was appointed on 07/27/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 15,756.28 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 412.77 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 539.72 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 14,803.79 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  10/30/2011  and the deadline for filing governmental claims was  04/30/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,271.66 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,271.66 , for a total compensation of $ 2,271.66 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 88.10 , for total expenses of $ 88.10 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/22/2014                    By:/s/DIANE L. JENSEN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-11602   FMD   Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | ZIMMERMAN, KANDACE | Date Filed (f) or Converted (c): | 06/17/11 (f) |
| | | 341(a) Meeting Date: | 07/27/11 |
| For Period Ending: | 01/22/14 | Claims Bar Date: | 10/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. UnitT-2ofBERMUDAGREENS,a Condominium,accordingtoth | 179,500.00 | 0.00 | | 0.00 | FA |
| 2. cash indebtor's possession | 20.00 | 2,480.00 | | 2,480.00 | FA |
| 3. HuntingtonNationalBankcheckingaccount HuntingtonNationalBankcheckingaccount | 36.06 | 36.06 | | 36.06 | FA |
| 4. HuntingtonNationalBankmoneymarket account HuntingtonNationalBankmoneymarket account | 936.94 | 1,082.62 | | 759.83 | FA |
| 5. FURNITURE; HH GOODS SeeattachedExhibit"B" | 5,735.00 | 4,875.00 | | 4,875.00 | FA |
| 6. JEWELRY SeeattachedExhibit"B" | 0.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING SeeattachedExhibit"B" | 120.00 | 0.00 | | 0.00 | FA |
| 8. sporting equipment SeeattachedExhibit"B" | 0.00 | 0.00 | | 0.00 | FA |
| 9. SeeattachedExhibit"B" SeeattachedExhibit"B" | 0.00 | 0.00 | | 0.00 | FA |
| 10. Charles Schwab#970 Charles Schwab#970 | 94,950.23 | 0.00 | | 0.00 | FA |
| 11. Charles Schwab#200 Charles Schwab#200 | 2,217.60 | 0.00 | | 0.00 | FA |
| 12. Charles Schwab#234 Charles Schwab#234 | 118,600.00 | 0.00 | | 0.00 | FA |
| 13. Up-in-Gas,LLC -novalueforthe1/3 interest-In2010,th Up-in-Gas,LLC -novalueforthe1/3 interest-In2010,theinvestors tookowner tocourtandatrusteewas appointedtothe | 0.00 | 300.00 | | 300.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 11-11602 | FMD | Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
| Case Name: | ZIMMERMAN, KANDACE | | | Date Filed (f) or Converted (c): | 06/17/11 (f) |
| | | | | 341(a) Meeting Date: | 07/27/11 |
| | | | | Claims Bar Date: | 10/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| the business; the business came out of receivership in January 2011, but still have approximately $300,000 in payables. No prospects for investor distributions for the next 3-5 years. | | | | | |
| 14. 2011 Honda Accord - See attached Exhibit "A" 2011 Honda Accord - See attached Exhibit "A" | 27,670.60 | 2,065.73 | | 2,704.79 | FA |
| 15. Trust agreement as per dissolution of marriage - see #14 on Trust agreement as per dissolution of marriage - see #14 on the Statement of Financial Affairs | 0.00 | 3,600.00 | | 3,600.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.60 | FA |
| 17. TAX REFUNDS (u) | 0.00 | 460.28 | | 1,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $429,786.43 | $14,899.69 | | $15,756.28 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report Filed 1/10/14
Will file Final Report as soon as possible. August 08, 2012, 09:35 am
Sent IRS L 12-6-11 did L for $ due on 2 sales October 11, 2011, 03:12 pm do notice of sale of cabin interest September 14, 2011, 08:05 am do Notice of sale of LLC August 29, 2011, 09:20 am Debtor(s) repurchasing non-exempt assets. Last payment due 8/1/12; August 19, 2011 (SH)

do Ls to co-owners of Gas LLC and re Utah cabin August 12, 2011, 09:54 am dictated stip to repurchase starting 9/1/11 including 3% service fee and 168/365 of TRA August 12, 2011, 09:46 am do L on overage July 27, 2011, 01:51 pm

_____

Page: 3
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 11-11602    FMD    Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
| Case Name: | ZIMMERMAN, KANDACE | Date Filed (f) or Converted (c): | 06/17/11 (f) |
| | | 341(a) Meeting Date: | 07/27/11 |
| | | Claims Bar Date: | 10/30/11 |

Initial Projected Date of Final Report (TFR): 07/20/13    Current Projected Date of Final Report (TFR): 07/20/14

Page: 1
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-11602 -FMD
Case Name: ZIMMERMAN, KANDACE
Taxpayer ID No: *******5716
For Period Ending: 01/22/14

Trustee Name: DIANE L. JENSEN
Bank Name: Bank of Kansas City
Account Number / CD #: *******0033  Checking Account

Blanket Bond (per case limit): $ 750,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 13,316.20 | | 13,316.20 |
| 07/05/12 | 14 | KANDACE ZIMMERMAN #3512 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 | | 14,220.84 |
| 07/16/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 8.35 | 14,212.49 |
| 08/06/12 | 5, 14 | KANDACE ZIMMERMAN #3530 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 | | 15,117.13 |
| 08/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 16.09 | 15,101.04 |
| 09/17/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 17.08 | 15,083.96 |
| 10/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 16.70 | 15,067.26 |
| 11/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 17.24 | 15,050.02 |
| 12/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 16.66 | 15,033.36 |
| 01/16/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 17.20 | 15,016.16 |
| 02/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 17.18 | 14,998.98 |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 20.15 | 14,978.83 |
| 04/12/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 22.28 | 14,956.55 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 21.52 | 14,935.03 |
| 05/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 22.19 | 14,912.84 |
| 06/28/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 21.44 | 14,891.40 |
| 07/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 22.13 | 14,869.27 |
| 08/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 22.10 | 14,847.17 |
| 09/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 21.35 | 14,825.82 |
| 10/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 22.03 | 14,803.79 |

Page Subtotals  15,125.48   321.69

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 6)   Ver. 17.04c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | | |
|---|---|---|
| Case No: | 11-11602 -FMD | |
| Case Name: | ZIMMERMAN, KANDACE | |
| Taxpayer ID No: | *******5716 | |
| For Period Ending: | 01/22/14 | |

| | | |
|---|---|---|
| Trustee Name: | DIANE L. JENSEN | |
| Bank Name: | Bank of Kansas City | |
| Account Number / CD #: | *******0033  Checking Account | |
| Blanket Bond (per case limit): | $ 750,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,125.48 | 321.69 | 14,803.79 |
| | | | Less: Bank Transfers/CD's | | 13,316.20 | 0.00 | |
| | | | Subtotal | | 1,809.28 | 321.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,809.28 | 321.69 | |

Page Subtotals   0.00   0.00

Page: 3
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-11602 -FMD | | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- | --- |
| Case Name: | ZIMMERMAN, KANDACE | | Bank Name: | Bank of America |
| Taxpayer ID No: | *******5716 | | Account Number / CD #: | *******3701 Money Market Account (Interest Earn |
| For Period Ending: | 01/22/14 | | Blanket Bond (per case limit): | $ 750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/01/11 | 3, 4, 5 | Kandace Zimmerman #3439 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 | | 904.64 |
| 09/26/11 | 2, 4 | Kandace Zimmerman #3446 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 | | 1,809.28 |
| 09/30/11 | 16 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,809.29 |
| 10/18/11 | 13, 15 | DONALD ZIMMERMAN #8486 | SALE OF ASSET Per sale notice Doc # 20 and 23 | 1129-000 | 3,900.00 | | 5,709.29 |
| 10/31/11 | 16 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 5,709.32 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 4.07 | 5,705.25 |
| 11/02/11 | 2 | K. ZIMMERMAN #3452 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 | | 6,609.89 |
| 11/30/11 | 16 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,609.94 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.93 | 6,602.01 |
| 12/01/11 | 5 | KANDACE ZIMMERMAN #3466 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 | | 7,506.65 |
| 12/30/11 | 16 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,506.71 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 9.07 | 7,497.64 |
| 01/03/12 | 2, 5 | KANDACE ZIMMERMAN #3476 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 | | 8,402.28 |
| 01/31/12 | 16 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,402.35 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 10.80 | 8,391.55 |
| 02/02/12 | 5 | KANDACE ZIMMERMAN #3490 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 | | 9,296.19 |
| 02/29/12 | 16 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,296.26 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 10.83 | 9,285.43 |
| 03/05/12 | 5 | Kandace Zimmerman #3319 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 | | 10,190.07 |
| 03/30/12 | 16 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,190.15 |

| | | | Page Subtotals | | 10,232.85 | 42.70 | |

LFORM24  **UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*  Ver: 17.04c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-11602 -FMD | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- |
| Case Name: | ZIMMERMAN, KANDACE | Bank Name: | Bank of America |
| Taxpayer ID No: | *******5716 | Account Number / CD #: | *********3701 Money Market Account (Interest Earn |
| For Period Ending: | 01/22/14 | Blanket Bond (per case limit): | $ 750,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 |  | Bank of America | BANK SERVICE FEE | 2600-000 |  | 12.27 | 10,177.80 |
| 04/02/12 | 5 | KANDACE ZIMMERMAN #3333 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 |  | 11,082.52 |
| 04/24/12 | 17 | U.S. TREASURY #3151-55149214 | TAX REFUND Order Doc #26 | 1224-000 | 1,000.00 |  | 12,082.52 |
| 04/30/12 | 16 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.09 |  | 12,082.61 |
| 04/30/12 |  | Bank of America | BANK SERVICE FEE | 2600-000 |  | 14.10 | 12,068.51 |
| 05/04/12 | 000101 | KANDACE ZIMMERMAN 5629 YORK COUNTY ROAD COLUMBUS, OH 43221 | EXEMPT PORTION OF ASSET $1,000.00 - full amount of refund - 460.28 - Bankruptcy Estate's portion | 8500-002 |  | 539.72 | 11,528.79 |
| 05/07/12 | 5 | KANDACE ZIMMERMAN #3276 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 |  | 12,433.43 |
| 05/31/12 | 16 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.10 |  | 12,433.53 |
| 05/31/12 |  | Bank of America | BANK SERVICE FEE | 2600-000 |  | 15.64 | 12,417.89 |
| 06/01/12 | 14 | Kandace Zimmerman #3294 | REPURCHASE Order Doc #26 | 1129-000 | 904.64 |  | 13,322.53 |
| 06/13/12 | 16 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.04 |  | 13,322.57 |
| 06/13/12 |  | Bank of America 901 Main Street 10th Floor Dallas, TX 75283 | BANK FEES | 2600-000 |  | 6.37 | 13,316.20 |
| 06/13/12 |  | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 |  | 13,316.20 | 0.00 |

| | | Page Subtotals | 3,714.15 | 13,904.30 | |
| --- | --- | --- | --- | --- | --- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Page: 5 |
| **FORM 2** | | | | | | | Exhibit B |
| **ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** | | | | | | | |
| Case No: 11-11602 -FMD | | | Trustee Name: DIANE L. JENSEN | | | | |
| Case Name: ZIMMERMAN, KANDACE | | | Bank Name: Bank of America | | | | |
| | | | Account Number / CD #: ******3701 Money Market Account (Interest Earn | | | | |
| Taxpayer ID No: ******5716 | | | | | | | |
| For Period Ending: 01/22/14 | | | Blanket Bond (per case limit): $ 750,000.00 | | | | |
| | | | Separate Bond (if applicable): | | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,947.00 | 13,947.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 13,316.20 | |
| | | | Subtotal | | 13,947.00 | 630.80 | |
| | | | Less: Payments to Debtors | | | 539.72 | |
| | | | Net | | 13,947.00 | 91.08 | |
| | | | | | | | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *********0033 | | 1,809.28 | 321.69 | 14,803.71 |
| | | | Money Market Account (Interest Earn - *********3701 | | 13,947.00 | 91.08 | 0.00 |
| | | | | | 15,756.28 | 412.77 | 14,803.79 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 22, 2014 |

Case Number: 11-11602  
Debtor Name: ZIMMERMAN, KANDACE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM 001 3110-00 | DIANE L. JENSEN | Administrative | | $432.00 | $0.00 | $432.00 |
| 000001 070 7100-00 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | | $1,098.82 | $0.00 | $1,098.82 |
| 000002 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $12,434.70 | $0.00 | $12,434.70 |
| 000003 070 7100-00 | Talbots<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Unsecured | | $1,422.88 | $0.00 | $1,422.88 |
| 000004 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $13,015.95 | $0.00 | $13,015.95 |
| 000005 070 7100-00 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,202.84 | $0.00 | $1,202.84 |
| 000006 070 7100-00 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $8,673.37 | $0.00 | $8,673.37 |
| 000007 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,518.65 | $0.00 | $3,518.65 |
| 000008 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,686.36 | $0.00 | $5,686.36 |
| 000009 070 7100-00 | Von Maur<br>6565 Brady Street<br>Davenport, IA 52806 | Unsecured | | $564.41 | $0.00 | $564.41 |
| 000010 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $4,057.56 | $0.00 | $4,057.56 |
| 000011 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $5,759.26 | $0.00 | $5,759.26 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 22, 2014 |

Case Number: 11-11602  
Debtor Name: ZIMMERMAN, KANDACE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | CANDICA, LLC<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured | | $19,162.08 | $0.00 | $19,162.08 |
| 000013 070 7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $12,795.63 | $0.00 | $12,795.63 |
| 000015 080 7200-00 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $1,021.26 | $0.00 | $1,021.26 |
| 000014 050 4210-00 | AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $90,845.77 | $0.00 | $90,845.77 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9-11-bk-11602-FMD
Case Name: ZIMMERMAN, KANDACE
Trustee Name: DIANE L. JENSEN

Balance on hand $ 14,803.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000014 | AMERICAN HONDA FINANCE CORPORATION | $ 20,604.87 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 14,803.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE L. JENSEN | $ 2,271.66 | $ 0.00 | $ 2,271.66 |
| Trustee Expenses: DIANE L. JENSEN | $ 88.10 | $ 0.00 | $ 88.10 |
| Attorney for Trustee Fees: DIANE L. JENSEN | $ 432.00 | $ 0.00 | $ 432.00 |

Total to be paid for chapter 7 administrative expenses $ 2,791.76

Remaining Balance $ 12,012.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,392.51  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  13.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb | $ 1,098.82 | $ 0.00 | $ 147.65 |
| 000002 | Discover Bank | $ 12,434.70 | $ 0.00 | $ 1,670.90 |
| 000003 | Talbots | $ 1,422.88 | $ 0.00 | $ 191.20 |
| 000004 | Chase Bank USA, N.A. | $ 13,015.95 | $ 0.00 | $ 1,749.01 |
| 000005 | World Financial Network National Bank | $ 1,202.84 | $ 0.00 | $ 161.63 |
| 000006 | World Financial Network National Bank | $ 8,673.37 | $ 0.00 | $ 1,165.48 |
| 000007 | American Express Centurion Bank | $ 3,518.65 | $ 0.00 | $ 472.81 |
| 000008 | American Express Centurion Bank | $ 5,686.36 | $ 0.00 | $ 764.10 |
| 000009 | Von Maur | $ 564.41 | $ 0.00 | $ 75.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Midland Funding LLC | $ 4,057.56 | $ 0.00 | $ 545.23 |
| 000011 | Midland Funding LLC | $ 5,759.26 | $ 0.00 | $ 773.89 |
| 000012 | CANDICA, LLC | $ 19,162.08 | $ 0.00 | $ 2,574.89 |
| 000013 | Capital One Bank (USA), N.A. | $ 12,795.63 | $ 0.00 | $ 1,719.40 |

Total to be paid to timely general unsecured creditors     $     12,012.03

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,021.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | eCAST Settlement Corporation | $ 1,021.26 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $     0.00

Remaining Balance     $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE